1  ALICIA A.G. LIMTIACO
   United States Attorney
2  CLYDE LEMONS, JR.
   Assistant United States Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Facsimile: (671) 472-7334

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 17-00017 |
|---|---|
| Plaintiff, | **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| vs. | |
| SHAWN JOHNSON, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, SHAWN JOHNSON, is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on March 15, 2017, at 1:30 p.m. for his initial appearance/arraignment for an Indictment in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of

//

//

//

//

//

said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

Dated this 9th day of March, 2017.

                                            ALICIA A.G. LIMTIACO
                                            United States Attorney
                                            Districts of Guam and NMI

By:   /s/ Clyde Lemons, Jr._____
        CLYDE LEMONS, JR.
        Assistant U.S. Attorney